IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONNA ZEILER, et al.,

    Plaintiffs,

vs.                                              Civ. No. 02-704 JP/WWD

FLYING J INC., a foreign corporation,

    Defendant.

## MEMORANDUM OPINION AND ORDER

    This matter comes before the Court as a result of a Rule 16 conference held October 8, 2002. Plaintiff sought permission to interview Defendant's former manager who was working for Defendant at the time of the incident involved in this lawsuit. After some discussion with counsel, it was decided that the preferable way to proceed would be for the Defendant to pay for the cost of the deposition of Wayne Wright, the former manager. Both parties will make every effort to locate Mr. Wright and to arrange for his appearance at the time of his deposition.

    Discovery shall proceed in accordance with the foregoing.

    **IT IS SO ORDERED**.

                                                     _____
                                                     UNITED STATES MAGISTRATE JUDGE